U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 16 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Vikas Mehta

**Agent to Arrest**

Indictment/Information

1:21CR0451

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, in the above-stated case.

/s/J. Elizabeth McBath
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
11/17/2021
BY _____
DEPUTY CLERK

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94