**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Filed in Open Court:   Date: 1/27/22   Tape: Zoom at 10:29   Time in Court: 7 mins

Magistrate (presiding): **Catherine M. Salinas**   Deputy Clerk  Angela Smith
Case Number: 1:21-CR-451-WMR   Defendant's Name: Vikas Mehta
AUSA: Elizabeth McBath   Defendant's Attorney: Randy Chartash
USPO/PTR: _____   Type Counsel: (✓) Retained   ( ) CJA   ( ) FPD   ( ) Waived

____ ARREST DATE: _____
____ INTERPRETER _____
____ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT   Dft. In Custody? ( ) Yes   ( ) No
____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.
____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY
____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.
____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)
____ Dft. to pay attorney fees as follows: _____
____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.
✓ Copy indictment/information given to dft? (✓) Yes   ( ) No   Read to dft? ( ) Yes   (✓) No.
____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
✓ ARRAIGNMENT HELD. (✓) superseding indictment/information.
____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt.   ( ) Dft.
____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____
✓ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
____ MOTION TO CHANGE PLEA, and order allowing same.
____ PLEA OF GUILTY/NOLO as to counts _____
____ Petition to enter plea of GUILTY/NOLO filed.
____ NEGOTIATED PLEA between Government and defendant filed.
____ ASSIGNED TO JUDGE Ray for: ( ) trial ( ) arraignment/sentence.
____ ASSIGNED TO MAGISTRATE Larkins for pretrial proceedings.
____ Estimated trial time: ____ days  ( ) SHORT   ( ) MEDIUM   ( ) LONG
____ CONSENT TO PRESENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until
_____ at _____ for sentencing.

✓ See other side.

_____Vikas Mehta_____. Defendant

\_\_\_\_\_ Government MOTION FOR DETENTION filed.  Hearing set for _____ at _____

\_\_\_\_\_ Temporary commitment issued.

\_\_\_\_\_ Defendant to remain on pretrial release under the terms and conditions set forth in the U. S District Court for the _____ District of _____.

BOND/PRETRIAL DETENTION HEARING

\_\_\_\_\_ BOND/PRETRIAL DETENTION hearing held.

\_\_\_\_\_ MOTION FOR REDUCTION OF BOND hearing held.

\_\_\_\_\_ MOTION FOR REDUCTION OF BOND (  ) GRANTED    (  ) DENIED

\_\_\_\_\_ WRITTEN ORDER TO FOLLOW.

\_\_\_\_\_ GOVERNMENT MOTION FOR DETENTION (  ) GRANTED    (  ) DENIED

\_\_\_\_\_ WRITTEN ORDER TO FOLLOW.

\_\_\_\_\_ BOND SET AT $ _____

\_\_\_\_\_ Non-surety

\_\_\_\_\_ Surety   (  ) Cash   (  ) Property   (  ) Corporate surety ONLY

\_\_\_\_\_ SPECIAL CONDITIONS: _____

\_\_\_\_\_ Bond Filed: defendant released.

\_\_\_\_\_ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____

__√__ **Order**

Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.